IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Washington, Anthony | Case Number:  07 B 01891 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/1/08 | Filed:  2/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: May 15, 2008
Confirmed: April 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 6,213.88 | |
| Secured: | | 1,745.83 |
| Unsecured: | | 1,515.96 |
| Priority: | | 0.00 |
| Administrative: | | 2,616.50 |
| Trustee Fee: | | 335.59 |
| Other Funds: | | 0.00 |
| Totals: | 6,213.88 | 6,213.88 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 137.50 | 137.50 |
| 2. | Robert J Semrad & Associates | Administrative | 2,229.00 | 2,229.00 |
| 3. | Robert J Semrad & Associates | Administrative | 250.00 | 250.00 |
| 4. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 5. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 6. | Cook County Treasurer | Secured | 3,335.00 | 225.00 |
| 7. | Cook County Treasurer | Secured | 738.00 | 135.00 |
| 8. | America's Servicing Co | Secured | 47,283.36 | 1,385.83 |
| 9. | Chase Manhattan Mortgage Corp | Secured | 2,436.61 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 1,236.70 | 518.63 |
| 11. | Republic Bank | Unsecured | 826.93 | 346.78 |
| 12. | Cook County Treasurer | Unsecured | 1,693.41 | 0.00 |
| 13. | Nicor Gas | Unsecured | 1,551.28 | 650.55 |
| 14. | Collection Company Of America | Unsecured | | No Claim Filed |
| 15. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 16. | Collection Company Of America | Unsecured | | No Claim Filed |
| 17. | Park Dansan | Unsecured | | No Claim Filed |
| 18. | Tax Refund Sol | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 61,717.79 | $ 5,878.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 335.59 |
| | _____ |
| | $ 335.59 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Washington, Anthony

Printed:  7/1/08

Case Number:  07 B 01891
Judge:  Wedoff, Eugene R
Filed:  2/5/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

